IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KELLI JO LAMERE, Defendant. | CR 21-51-GF-BMM-2 ORDER |

Kelli Jo Lamere ("Lamere") filed a Motion for Early Termination of Supervision on March 7, 2024. (Doc. 102.) The United States objects to Lamere's motion. *See* (Doc. 102 at 2.) United States Probation supports early termination of Lamere's supervision. *See* (Doc. 102 at 2); (Doc. 103 at 4). The Court conducted a hearing on the motion on March 21, 2024. (Doc. 105.) The Court informed Lamere that she would receive an order terminating her supervision on May 2, 2024, if she remained in full compliance with her conditions and there were no further violations. (Doc. 105.) For the reasons below, the Court grants Lamere's motion.

Lamere pleaded guilty to one count of distribution of fentanyl. *See* (Doc. 34); (Doc. 48.) The Court sentenced Lamere to the Bureau of Prisons on March 24, 2022, for a term of 6 months, followed by three years of supervised release. (Doc. 85.) Lamere began her supervision on May 2, 2022, with a scheduled termination date of

1

May 2, 2025. *See* (Doc. 103 at 2.)

Federal law authorizes a defendant to move for termination of supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The factors in 18 U.S.C. § 3553(a) support an early termination of Lamere's supervised release. Lamere has complied with all terms of his supervised release since May 22 when his supervised release term began. (Doc. 103 at 3.) She has been under supervision without incident for approximately 23 months. *See* (*Id.*) Lamere successfully completed the Veterans' Treatment Court, as well as inpatient treatment for substance abuse and PTSD. (*Id.*) Lamere now maintains employment as an account manager for a medical billing company and rents her own apartment. (*Id.*) Lamere gave a presentation on the dangers of fentanyl to the Court on March 13, 2024, as part of her Veterans' Treatment Court programming. (*Id.* at 4.) Lamere's U.S. Probation Officer Annie Bambanek stated that she believes early termination of Lamere's term of supervised release is appropriate. (Doc. 103 at 3-4.) Termination of supervision is warranted.

Accordingly, **IT IS ORDERED:**

Lamere's Motion for Early Termination of Supervision (Doc. 102) is **GRANTED**.

**DATED** this 2nd day of May, 2024.

_____
Brian Morris, Chief District Judge
United States District Court